No. 80–956.   EMCH ET AL., CO-PERSONAL REPRESENTATIVES OF EMCH'S ESTATE *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 80–957.   ODOM CONSTRUCTION CO., INC., ET AL. *v.* UNITED STATES DEPARTMENT OF LABOR ET AL.   C. A. 5th Cir. Certiorari denied.

No. 80–981.   HAMMOND *v.* ILLINOIS.   App. Ct. Ill., 4th Dist.   Certiorari denied.

No. 80–989.   BROWN *v.* BROWN.   Sup. Ct. La.   Certiorari denied.

No. 80–999.   GREEN *v.* ACKERMAN, DIRECTOR OF HEALTH OF OHIO, ET AL.   Ct. App. Ohio, Franklin County.   Certiorari denied.

No. 80–1062.   SHIELDS *v.* UNITED STATES NATIONAL BANK OF OREGON.   Ct. App. Ore.   Certiorari denied.

No. 80–1068.   JEWISH HOSPITAL ASSOCIATION OF LOUISVILLE, KENTUCKY, INC. *v.* STEWART MECHANICAL ENTERPRISES, INC., ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 80–1092.   EATON ET AL. *v.* SUPREME COURT OF ARKANSAS COMMITTEE ON PROFESSIONAL CONDUCT.   Sup. Ct. Ark. Certiorari denied.

No. 80–1098.   ORANGE COUNTY, NEW YORK *v.* DONOVAN, SECRETARY OF LABOR.   C. A. 2d Cir.   Certiorari denied.

No. 80–1105.   WOLFSON *v.* BAKER ET AL.   C. A. 5th Cir. Certiorari denied.